# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133553(243)(247)

ROSA WOODS,
            Plaintiff-Appellant,

v

SC: 133553
COA: 256394
Wayne CC: 95-508913-CZ

WILLIAMS & SON PLUMBING
& HEATING, INC., a Michigan
Corporation; RICK WILLIAMS,
Individually, a/k/a RECARDO
WILLIAMS, Individually, and
THEODIS THOMAS, Individually,
Jointly, and Severally,
            Defendants-Appellees.

_____/

On order of the Court, the motion for reconsideration of this Court's July 30, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

Clerk

d1022